FILED

DEC 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.
80 Broad Street
Monrovia, Liberia,

         Plaintiff,

v.

MING JADE INVESTMENTS, S.A.
c/o Amicorp B.V.I. Limited
Caracasbaaiweg 11
Box 6050 Curacao, Netherland Antilles,

         Defendant.

CASE NUMBER  1:05CV02443

JUDGE: Henry H. Kennedy

DECK TYPE: Contract

DATE STAMP: 12/21/2005

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff EGON OLDENDORFF (LIBERIA) INC. (a private non-governmental party) certifies that Plaintiff does not have a corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated:     New York, New York
             December 21, 2005

                                      Respectfully submitted,

                                      By: *Leonard J. Fleisig*
                                      Leonard Fleisig (D.C. Bar No. 435944)
                                      TROUTMAN SANDERS LLP
                                      401 9th St. N.W., Suite 1000
                                      Washington DC 20004
                                      (202) 274-2950 (telephone)
                                      (202) 654-5645 (fax)

                                      *Attorneys for the Plaintiff*

291816.1