UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.
80 Broad Street
Monrovia, Liberia,

          Plaintiff,

v.

MING JADE INVESTMENTS, S.A.
c/o Amicorp B.V.I. Limited
Caracasbaaiweg 11
Box 6050 Curacao, Netherland Antilles,

          Defendant.

Case No. 05 2443

FILED
DEC 21 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Nunc pro tunc to
See Doc # 3

**ORDER DIRECTING CLERK TO ISSUE PROCESS OF
MARITIME ATTACHMENT AND GARNISHMENT**

**WHEREAS**, on December 21, 2005, Plaintiff, EGON OLDENDORFF (LIBERIA) INC. ("OLDENDORFF" or Plaintiff), filed a Verified Complaint herein for damages amounting to $696,903.89, inclusive of interest, costs and reasonable attorney's fees, and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshall or other designated process server attach any and all of the Defendant's property within the District of this Court; and,

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby,

#3

**ORDERED,** that Process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, including, but not limited to debts, payable to, or otherwise for the benefit of Defendant Ming Jade Investments, S.A., by Commodity Credit Corporation or other Government Agency in connection with tender IFB No. D5-060B concerning a cargo of wheat from U.S. to Bolivia in an amount of up to $696,903.89, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED,** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further,

**ORDERED,** that supplemental process specifying other or additional garnishees enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further,

**ORDERED,** that following initial service by the United States Marshal or other designated process server upon each garnishee, supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or e-mail to any garnishee that advises plaintiff that it consents to such service; and, it is further,

**ORDERED,** that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and, it is further,

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each garnishee may consent, in writing, to accept service by any other means; and, it is further,

**ORDERED,** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment.

Dated:  December 21, 2005          SO ORDERED:

*[signature]*
U.S.D.J.