UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORF (LIBERIA), INC.<br>80 Broad Street<br>Monrovia, Liberia<br><br>Plaintiff,<br><br>v.<br><br>MING JADE INVESTMENTS, S.A.<br>c/o Amicorps B.V.I. Limited<br>Caracasbaaiweg 11<br>Box 6050 Curacao, Netherland Antilles,<br><br>Defendant. | CIVIL NO.: 05-2443 |

## ORDER

Considering the United States of America's Motion to Set Aside Order of Garnishment in the above captioned matter,

IT IS ORDERED that the Motion to Set Aside Order of Garnishment be and the same is hereby granted.

DONE and ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE