UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.

Plaintiff,

v.

MING JADE INVESTMENTS, S.A.

Defendant.

Case No. 1:05CV02443

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Egon Oldendorff (Liberia) Inc. ("Oldendorff" or "Plaintiff"), through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court extend the time for Plaintiff to file its Opposition to the United States of America's Motion to Set Aside Order of Garnishment.

Pursuant to LCvR 7(b), Oldendorff must file a response by Tuesday, January 31, 2006. Plaintiff seeks an extension so that it can continue its settlement negotiations with the Defendant Ming Jade Investments, S.A. Accordingly, on January 27, 2006, undersigned counsel contacted counsel for the United States, Peter F. Frost, to request additional time for Oldendorff to file its opposition. Counsel for the United States consented to Plaintiff's request, agreeing to an extension of time until Tuesday, February 7, 2006.

WHEREFORE, Plaintiff Egon Oldendorff (Liberia) Inc. respectfully requests that this Court extend the time to respond to the United States Motion to Set Aside Order of Garnishment until Tuesday, February 7, 2006.

DATED:   January 27, 2006

                              Respectfully submitted,

                              /s/ Mark E. Nagle
                              Leonard Fleisig (D.C. Bar No. 435944)
                              Mark E. Nagle (D.C. Bar No. 416364)
                              TROUTMAN SANDERS LLP
                              401 9th St. N.W., Suite 1000
                              Washington DC 20004
                              (202) 274-2950 (telephone)
                              (202) 654-5645 (fax)

                              *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of January 2006, a copy of the above and foregoing Consent Motion For Extension of Time and proposed Order was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

This 27th day of January, 2006.

/s/ Mark E. Nagle
Mark E. Nagle

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.

Plaintiff,

v.

MING JADE INVESTMENTS, S.A.

Defendant.

Case No. 1:05CV02443

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time filed by Plaintiff, Egon Oldendorff (Liberia) Inc. ("Oldendorff" or "Plaintiff") and the entire record herein, it is by the Court this ___ day of _____, 2006,

**ORDERED**, that Plaintiff has until Tuesday, February 7, 2006 to file its Opposition to the United States Motion to Set Aside Order of Garnishment.

_____
United States District Court Judge