

S.A. CURACAO · C/O AMICORP B.V.I LIMITED · CARACASBAAIWEG 199 · BOX 6050
CURACAO, NETHERLAND ANTILLES · TEL: (5999) 434.3500 · FAX: (5999) 434.3533

STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING

To: Egon Oldendorff (Liberia) Inc. Monrovia, Liberia, disponent owners and Master of the Theodore Olendorff

2005-10-07

Dear Sirs,

**Ship:** Theodor Olendorff
**Voyage:** Miss River/Lagos Nigeria
**Cargo:** 3,061.018 metric tons Yellow Soyabeans in bulk
13,171.787 metric tons Hard Red Winter Wheat in bulk

**Bill(s)of Lading:** Ladings Attached

**No 1:** 13,171.787 metric tons Hard Red Winter wheat
**Consigee:** Valley National Bank
**Notify:** Pastinor Investment Company Ltd.
2 Sarkin Yark Road
Kano Kano State Nigeria

**No 2:** 3,061.018 metric tons Yellow Soyabeans
**Consignee:** Valley National Bank
**Notify:** Pastinor Investment Company Ltd.
2 Sarkin Yark Road
Kano Kano State Nigeria

The above cargo was shipped on the above ship by Novick Industries, LTD. and consigned to The Order of Valley National Bank for delivery at the port of Lagos, Nigeria but the Bills of Lading have not arrived and we, Ming Jade Investments, S.A. Curacao, hereby request you to deliver the said cargo to Pastinor Investment Company, LTD at Lagos, Nigeria without production of the original Bill(s) of Lading.

In consideration of your complying with our above request we hereby agree as follows:

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whats
may sustain by reason of delivering the cargo in accordance

2. In the event of any proceedings being commenced aga
servants or agents in connection with the delivery of th
provide you or them on demand with sufficient funds to defe

Ex. 2



S.A. CURACAO · C/O AMICORP B.V.I LIMITED · CARACASBAAIWEG 199 · BOX 6050
CURACAO, NETHERLAND ANTILLES · TEL: (5999) 434.3500 · FAX: (5999) 434.3533

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

This indemnity shall be governed by and construed in accordance with English Law and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

YOURS FAITHFULLY,

FOR MING JADE INVESTMENTS S.A. CURACAO
THE REQUESTOR

SIGNATURE
TIM E. JILEK
PRESIDENT
DATE: 10/25/05

# NORTH AMERICAN GRAIN BILL OF LADING

To be used with "Norgrain" Charterparty 1973

SHIPPED In apparent good order and condition by NOVICK INDUSTRIES LTD. 211 E. ONTARIO STREET SUITE 1800 CHICAGO, ILL. 60611 USA

VESSEL on board the motor vessel, called the M/V THEODOR OLDENDORFF
Flag : LIBERIAN

PORT OF LOADING Now lying in the Port of AMA, LOUISIANA
and bound for LAGOS, NIGERIA

PORT OF DISCHARGE Being stowed as herein, and to be delivered in like good order and condition at the aforesaid Port of LAGOS, NIGERIA

CONSIGNEE TO THE ORDER OF VALLEY NATIONAL BANK

or to his or their Assigns

NOTIFY PARTY PASTINOR INVESTMENT COMPANY LTD.
2 SARKIN YARK ROAD
KANO KANO STATE NIGERIA
PHONE 011-234-804-514-0257 OR 011-234-803-594-7257

QUANTITY, DESCRIPTION AND STOWAGE

Said to Be : US NO. 2 OR BETTER HARD RED WINTER WHEAT
Said to Weigh : 29,040,160 - Pounds L/C IM05017401
13,171.787 - Metric Tons

Stowed in HOLD NOS. 2,3,4

Clean "On Board" the M/V THEODOR OLDENDORFF
At AMA, LOUISIANA
Dated SEPTEMBER 19, 2005

GULF HARBOR SHIPPING LLC
As Agents for and on behalf of the Master DIETMAR MATEJKO

These commodities were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to United States law is prohibited.

FREIGHT PAYABLE AS PER CHARTER PARTY
CHARTER PARTY DATED
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF
Shipper's weight, quality and quantity unknown.
In Witness Whereof, the Master or Agent of said vessel has signed Three (3) Original Bills of Lading, all of this tenor and date, any one of which being accomplished, the others shall be void.

Dated at AMA, LOUISIANA
on SEPTEMBER 19, 2005
Set No. 1

GULF HARBOR SHIPPING LLC

As Agents for and on behalf of the
Master - DIETMAR MATEJKO

# NORTH AMERICAN GRAIN BILL OF LADING

To be used with "Norgrain" Charterparty 1973

SHIPPED — In apparent good order and condition by NOVICK INDUSTRIES LTD.
211 E. ONTARIO STREET SUITE 1800
CHICAGO, ILL. 60611 USA

VESSEL — on board the motor vessel, called the M/V THEODOR OLDENDORFF
Flag : LIBERIAN

PORT OF LOADING — Now lying in the Port of AMA, LOUISIANA
and bound for LAGOS, NIGERIA

PORT OF DISCHARGE — Being stowed as herein, and to be delivered in like good order and condition at the aforesaid Port of LAGOS, NIGERIA

CONSIGNEE — TO THE ORDER OF VALLEY NATIONAL BANK

or to his or their Assigns

NOTIFY PARTY — PASTINOR INVESTMENT COMPANY LTD.
2 SARKIN YARK ROAD
KANO KANO STATE NIGERIA
PHONE 011-234-804-514-0257 OR 011-234-803-594-7257

QUANTITY, DESCRIPTION AND STOWAGE
Said to Be : US NO. 2 OR BETTER YELLOW SOYBEANS
Said to Weigh : 6,748,700 - Pounds L/C IM05017406
3,061.018 - Metric Tons

Stowed in HOLD NO. 1

Clean "On Board" the M/V THEODOR OLDENDORFF
At AMA, LOUISIANA
Dated SEPTEMBER 19, 2005

GULF HARBOR SHIPPING LLC
As Agents for and on behalf of the Master DIETMAR MATEJKO

These commodities were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to United States law is prohibited.

FREIGHT PAYABLE AS PER CHARTER PARTY
CHARTER PARTY DATED
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF
Shipper's weight, quality and quantity unknown.
In Witness Whereof, the Master or Agent of said vessel has signed Three (3) Original Bills of Lading, all of this tenor and date, any one of which being accomplished, the others shall be void.

Dated at AMA, LOUISIANA
on SEPTEMBER 19, 2005
Set No. 2

GULF HARBOR SHIPPING LLC

As Agents for and on behalf of the Master - DIETMAR MATEJKO






# Information On File

| | |
|---|---|
| ID Number: | 19951001501 |
| Name: | SONCHIA CHARTERING COMPANY OF COLORADO, INC. |
| Registered Agent: | TIMOTHY JILEK |
| Registered Agent Street Address: | 300 S MAHONEY UNIT 5, TELLURIDE, CO 81435, United States |
| Registered Agent Mailing Address: | PO BOX 4124, TELLURIDE, CO 81435, United States |
| Principal Office Street Address: | 300 S MAHONEY UNIT 5, TELLURIDE, CO 81435, United States |
| Principal Office Mailing Address: | PO BOX 4124, TELLURIDE, CO 81435, United States |
| Status: | Noncompliant |
| Form: | Corporation |
| Jurisdiction: | Colorado |
| Formation Date: | 01/06/1995 |
| Term of Duration: | Perpetual |
| Annual Report Month: | August |

You may:

- View History and Documents
- File a Document
- Set Up Email Notification

Previous Page



Ex. 3






Business Center | Licensing Center | Secretary of State Home





For this Record...
- File Document
- Email Notification

- Business Home
- Business Information
- Business Search

- FAQs
- Glossary

# History and Documents

SONCHIA CHARTERING COMPANY OF COLORADO, INC.
ID number: 19951001501

**Found 8 matching record(s). Viewing page 1 of 1.**

| # | Event | Date Filed | Date Posted | EffectiveDate | Document # (click to view) | Comment |
|---|---|---|---|---|---|---|
| 1 | Articles of Incorporation | 01/06/1995 | 01/06/1995 | 01/06/1995 12:00 AM | 19951001501 | SONCHIA CHARTERING COMPANY OF COLORADO, INC. |
| 2 | Report Printed | 12/16/1996 | 12/16/1996 | 12/16/1996 12:00 AM | | CR - 01/01/97 - 03/31/97 |
| 3 | Report Printed | 04/23/1997 | 04/23/1997 | 04/23/1997 12:00 AM | | CR - 04/30/1997 - DA 06/30/1997 |
| 4 | Status Changed | 07/01/1997 | 07/01/1997 | 07/01/1997 12:00 AM | | |
| 5 | Status Changed | 11/04/1997 | 11/04/1997 | 11/04/1997 12:00 AM | | A DISSOLVED COLORADO CORPORATION, 1997 |
| 6 | Articles of Reinstatement | 08/02/2004 | 09/09/2004 | 08/02/2004 04:40 PM | 20041271717 | |
| 7 | postcard notification printed 07/21/2005 to be mailed 08/01/2005 | 07/21/2005 | 07/21/2005 | 07/21/2005 01:45 AM | | annual report due: 10/30/2005 |
| 8 | Change in Status | 11/01/2005 | 11/01/2005 | 11/01/2005 01:36 AM | | Failure to file annual report |

Return to Info on File



951001501 $50.00
SECRETARY OF STATE
01-06-95 10:02

**ARTICLES OF INCORPORATION**

**OF**

**SONCHIA CHARTERING COMPANY OF COLORADO, INC.**

The undersigned, who, if a natural person, is eighteen years of age or older, hereby establishes a corporation pursuant to the Colorado Business Corporation Act, as amended, and adopts the following Articles of Incorporation.

**ARTICLE I**
**NAME**

The name of the Corporation is: **SONCHIA CHARTERING COMPANY OF COLORADO, INC.**

**ARTICLE II**
**PERIOD OF DURATION**

This Corporation shall exist perpetually unless dissolved according to law.

**ARTICLE III**
**PURPOSE**

The purpose of this Corporation shall be the transaction of all lawful business for which corporations may be incorporated pursuant to the Colorado Corporation Code.

**ARTICLE IV**
**AUTHORIZED CAPITAL**

The aggregate number of shares which this Corporation shall have the authority to issue is five thousand (5,000) shares, each with par value of $1.00, which shares shall be designated common stock. No share shall be issued until it has been paid for, and it shall thereafter be nonassessable.

CMP CHB PN

COMPUTER UPDATE

**ARTICLE V**
**REGISTERED AND PRINCIPAL OFFICE; REGISTERED AGENT**

A. The street address of the Corporation's initial registered office is 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, Telluride, Colorado 81435 and the name of the Corporation's initial registered agent at that office is Tim E. Jilek. The written consent of the initial registered agent to his appointment to such position appears at the end of these Articles.

B. The address of the Corporation's initial principal office is 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, P.O. Box 462, Telluride, Colorado 81435.

**ARTICLE VI**
**BOARD OF DIRECTORS**

A. All corporate powers shall be exercised by or under the authority of, and the business and affairs of the Corporation shall be managed under the direction of, a Board of Directors.

B. The initial Board of Directors of the Corporation shall consist of three persons, each of whom shall serve as a director until the first annual meeting of shareholders or until her/his successor is elected and qualifies. The name and address of each of the initial members of the Corporation's Board of Directors is as follows:

Tim E. Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

Betty Lee Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

Tiffany Lee Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

C. The number of directors of the Corporation shall be fixed in accordance with the procedures set forth in the Bylaws of the Corporation.

**ARTICLE VII**
**LIMITATION ON DIRECTOR LIABILITY**

No director of the Corporation shall be personally liable to the Corporation or to its shareholders for monetary damages for breach of fiduciary duty as a director, except that this provision shall not eliminate or limit the liability of a director to the Corporation or to its shareholders for monetary damages for: (i) any breach of the director's duty of loyalty to the Corporation or to its shareholders; (ii) acts or omissions not in good faith or that involve intentional misconduct or a knowing violation of law; (iii) voting for or assenting to a distribution in violation of Colorado Revised Statues Section 7-106-401 (or any successor provision) or of the Corporation's Articles of Incorporation as then in effect, if it is established that the director did not perform his or her duties in compliance with the standards of conduct set forth in Colorado Revised Statues Section 7-108-401 (or any successor provision), provided that the personal liability of a director in this circumstance shall be limited to the amount of the distribution that exceeds what could have been distributed without violation of Colorado Revised Statues Section 7-106-401 (or any successor provision) or the Corporation's Articles of Incorporation as then in effect; or (iv) any transaction from which the director directly or indirectly derived any improper personal benefit. If the Colorado Business Corporation Act is hereafter amended to eliminate or limit further the liability of a director, then, in addition to the elimination and limitation of liability provided by the preceding sentence, the liability of each director shall be eliminated or limited to the fullest extent then permitted by the Colorado Business Corporation Act as so amended. Any repeal or modification of this Article VII shall not adversely affect any right or protection of a director of the Corporation under this Article, as in effect immediately prior to such repeal or modification, with respect to any liability that would have accrued, but for this Article VII, prior to such repeal or modification.

**ARTICLE VIII**
**INDEMNIFICATION**

The Corporation shall indemnify, to the fullest extent permitted by applicable law in effect from time to time, any person who is or was an officer or director of the Corporation, and the estate and personal representative of any such person, against all liability and expense (including attorneys' fees) incurred by such person who is made party to a proceeding because he or she is or was an officer, director, employee agent or fiduciary of the Corporation or, while serving as an officer or director of the Corporation, is or was serving at the Corporation's request as a director, officer, partner, trustee, employee, fiduciary or agent of, or in any similar managerial or fiduciary position of, another domestic or foreign corporation or other individual or entity or of an employee benefit plan. The Corporation shall also indemnify any person who is serving or has served the Corporation as director, officer, employee, fiduciary or agent and that person's estate and personal representative, to the extent and in the manner provided in any bylaw

of the Corporation, resolution of the Corporation's shareholders or Board of Directors, contract to which the Corporation is a party, or otherwise, so long as such provision is permitted by Colorado law.

**ARTICLE IX**
**NO PREEMPTIVE RIGHTS**

The shareholders of the Corporation shall not be entitled to a preemptive right to purchase, subscribe for, or otherwise acquire any unissued or treasury shares of stock of the Corporation, or any options or warrants to purchase, subscribe for, or otherwise acquire any such unissued or treasury shares, or any shares, bonds, notes, debentures, or other securities convertible into or carrying options or warrants to purchase, subscribe or otherwise acquire any such unissued or treasury shares.

**ARTICLE X**
**NO CUMULATIVE VOTING**

The shareholders shall not be entitled to cumulative voting.

**ARTICLE XI**
**SHARE TRANSFER RESTRICTIONS**

The Corporation shall have the right to impose restrictions upon the transfer of any of its authorized shares or any interest thereon. The Board of Directors is hereby authorized on behalf of the Corporation to exercise the Corporation's right to so impose such restrictions.

**ARTICLE XII**
**INCORPORATOR**

The name and address of the incorporator of the Corporation is Tim E. Jilek, 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, P.O. Box 462, Telluride, Colorado 81435

Dated: December 28, 1994

**Tim E. Jilek**

____________________
**Incorporator**

The undersigned consents to his appointment as the initial registered agent of **SONCHIA CHARTERING COMPANY OF COLORADO, INC.**

Tim E. Jilek

Initial Registered Agent

December 28, 1994

STATE OF LOUISIANA )
) ss.
ORLEANS PARISH )

I, the undersigned notary public, hereby certify that on this ___ day of December, 1994, the above-named incorporator and initial registered agent, Tim E. Jilek, personally appeared before me and being by me first duly sworn declared that he is the person who signed the foregoing document as incorporator and as initial registered agent, and that the statements therein contained are true.

WITNESS my hand and official seal.

Notary Public

My Commission expires: at death

c:\jilek\docs\articles

951001501 $50.00
SECRETARY OF STATE
01-06-95 10:02

**ARTICLES OF INCORPORATION**

**OF**

**SONCHIA CHARTERING COMPANY OF COLORADO, INC.**

The undersigned, who, if a natural person, is eighteen years of age or older, hereby establishes a corporation pursuant to the Colorado Business Corporation Act, as amended, and adopts the following Articles of Incorporation.

**ARTICLE I**
**NAME**

The name of the Corporation is: **SONCHIA CHARTERING COMPANY OF COLORADO, INC.**

**ARTICLE II**
**PERIOD OF DURATION**

This Corporation shall exist perpetually unless dissolved according to law.

**ARTICLE III**
**PURPOSE**

The purpose of this Corporation shall be the transaction of all lawful business for which corporations may be incorporated pursuant to the Colorado Corporation Code.

**ARTICLE IV**
**AUTHORIZED CAPITAL**

The aggregate number of shares which this Corporation shall have the authority to issue is five thousand (5,000) shares, each with par value of $1.00, which shares shall be designated common stock. No share shall be issued until it has been paid for, and it shall thereafter be nonassessable.







**ARTICLE V**
**REGISTERED AND PRINCIPAL OFFICE; REGISTERED AGENT**

A. The street address of the Corporation's initial registered office is 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, Telluride, Colorado 81435 and the name of the Corporation's initial registered agent at that office is Tim E. Jilek. The written consent of the initial registered agent to his appointment to such position appears at the end of these Articles.

B. The address of the Corporation's initial principal office is 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, P.O. Box 462, Telluride, Colorado 81435.

**ARTICLE VI**
**BOARD OF DIRECTORS**

A. All corporate powers shall be exercised by or under the authority of, and the business and affairs of the Corporation shall be managed under the direction of, a Board of Directors.

B. The initial Board of Directors of the Corporation shall consist of three persons, each of whom shall serve as a director until the first annual meeting of shareholders or until her/his successor is elected and qualifies. The name and address of each of the initial members of the Corporation's Board of Directors is as follows:

Tim E. Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

Betty Lee Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

Tiffany Lee Jilek
750 West Pacific Avenue
Cimmarron Lodge, Suite 5
P.O. Box 462
Telluride, Colorado 81435

C. The number of directors of the Corporation shall be fixed in accordance with the procedures set forth in the Bylaws of the Corporation.

## ARTICLE VII
## LIMITATION ON DIRECTOR LIABILITY

No director of the Corporation shall be personally liable to the Corporation or to its shareholders for monetary damages for breach of fiduciary duty as a director, except that this provision shall not eliminate or limit the liability of a director to the Corporation or to its shareholders for monetary damages for: (i) any breach of the director's duty of loyalty to the Corporation or to its shareholders; (ii) acts or omissions not in good faith or that involve intentional misconduct or a knowing violation of law; (iii) voting for or assenting to a distribution in violation of Colorado Revised Statutes Section 7-106-401 (or any successor provision) or of the Corporation's Articles of Incorporation as then in effect, if it is established that the director did not perform his or her duties in compliance with the standards of conduct set forth in Colorado Revised Statues Section 7-108-401 (or any successor provision), provided that the personal liability of a director in this circumstance shall be limited to the amount of the distribution that exceeds what could have been distributed without violation of Colorado Revised Statues Section 7-106-401 (or any successor provision) or the Corporation's Articles of Incorporation as then in effect; or (iv) any transaction from which the director directly or indirectly derived any improper personal benefit. If the Colorado Business Corporation Act is hereafter amended to eliminate or limit further the liability of a director, then, in addition to the elimination and limitation of liability provided by the preceding sentence, the liability of each director shall be eliminated or limited to the fullest extent then permitted by the Colorado Business Corporation Act as so amended. Any repeal or modification of this Article VII shall not adversely affect any right or protection of a director of the Corporation under this Article, as in effect immediately prior to such repeal or modification, with respect to any liability that would have accrued, but for this Article VII, prior to such repeal or modification.

## ARTICLE VIII
## INDEMNIFICATION

The Corporation shall indemnify, to the fullest extent permitted by applicable law in effect from time to time, any person who is or was an officer or director of the Corporation, and the estate and personal representative of any such person, against all liability and expense (including attorneys' fees) incurred by such person who is made party to a proceeding because he or she is or was an officer, director, employee agent or fiduciary of the Corporation or, while serving as an officer or director of the Corporation, is or was serving at the Corporation's request as a director, officer, partner, trustee, employee, fiduciary or agent of, or in any similar managerial or fiduciary position of, another domestic or foreign corporation or other individual or entity or of an employee benefit plan. The Corporation shall also indemnify any person who is serving or has served the Corporation as director, officer, employee, fiduciary or agent and that person's estate and personal representative, to the extent and in the manner provided in any bylaw

of the Corporation, resolution of the Corporation's shareholders or Board of Directors, contract to which the Corporation is a party, or otherwise, so long as such provision is permitted by Colorado law.

**ARTICLE IX**
**NO PREEMPTIVE RIGHTS**

The shareholders of the Corporation shall not be entitled to a preemptive right to purchase, subscribe for, or otherwise acquire any unissued or treasury shares of stock of the Corporation, or any options or warrants to purchase, subscribe for, or otherwise acquire any such unissued or treasury shares, or any shares, bonds, notes, debentures, or other securities convertible into or carrying options or warrants to purchase, subscribe or otherwise acquire any such unissued or treasury shares.

**ARTICLE X**
**NO CUMULATIVE VOTING**

The shareholders shall not be entitled to cumulative voting.

**ARTICLE XI**
**SHARE TRANSFER RESTRICTIONS**

The Corporation shall have the right to impose restrictions upon the transfer of any of its authorized shares or any interest thereon. The Board of Directors is hereby authorized on behalf of the Corporation to exercise the Corporation's right to so impose such restrictions.

**ARTICLE XII**
**INCORPORATOR**

The name and address of the incorporator of the Corporation is Tim E. Jilek, 750 West Pacific Avenue, Cimmarron Lodge, Suite 5, P.O. Box 462, Telluride, Colorado 81435

Dated: December 28, 1994

Tim E. Jilek

Incorporator

The undersigned consents to his appointment as the initial registered agent of SONCHIA CHARTERING COMPANY OF COLORADO, INC.

Tim E. Jilek

Initial Registered Agent

December 28, 1994

STATE OF LOUISIANA )
) ss.
ORLEANS PARISH )

I, the undersigned notary public, hereby certify that on this ___ day of December, 1994, the above-named incorporator and initial registered agent, Tim E. Jilek, personally appeared before me and being by me first duly sworn declared that he is the person who signed the foregoing document as incorporator and as initial registered agent, and that the statements therein contained are true.

WITNESS my hand and official seal.

Notary Public

My Commission expires: at death

c:\jilek\docs\articles

Document Processing Fee
If document is on paper: $100.00
If document is filed electronically: Currently Not Available
Fees are subject to change.
For electronic filing and to obtain copies of filed documents visit www.sos.state.co.us
Deliver paper documents to:
Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169
Paper documents must be typed or machine printed.

20041271717 M
$ 100.00
SECRETARY OF STATE
08-02-2004 16:40:55

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Reinstatement

filed pursuant to §7-90-301, et seq. and §7-90-1003 of the Colorado Revised Statutes (C.R.S)

ID Number: unknown, available in office records

1. Entity name of the entity immediately prior to its dissolution: Sonchia Chartering Company of Colorado, Inc.

2. Entity name of the entity following reinstatement: Sonchia Chartering Company of Colorado, Inc.
*(The domestic entity name of a domestic entity following reinstatement shall be the same as the domestic entity name of the domestic entity immediately prior to dissolution if such domestic entity name complies with section 7-90-601, C.R.S. at the time of reinstatement. If such entity name is not available at the time of reinstatement, it shall include the word "reinstated", followed by the year of reinstatement.)*

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, make the applicable selection)*:
☐ "bank" or "trust" or any derivative thereof
☐ "credit union" ☐ "savings and loan"
☐ "insurance", "casualty", "mutual", or "surety"

4. Registered agent: (if an individual): Jilek *(Last)* Timothy *(First)* *(Middle)* *(Suffix)*
**OR** (if a business organization): ______

5. The person appointed as registered agent in the document has consented to being so appointed.

6. Registered agent street address: 300 South Mahoney, Unit 6 *(Street name and number)*
Telluride *(City)* CO *(State)* 81435 *(Postal/Zip Code)*

7. Registered agent mailing address: (if different from above) P.O. Box 4124 *(Street name and number or Post Office Box information)*

Telluride CO 81435
(City) (State) (Postal/Zip Code)

(Province – if applicable) (Country – if not US)

8. Principal office street address: 300 South Mahoney, Unit 5
(Street name and number)

Telluride CO 81435
(City) (State) (Postal/Zip Code)

(Province – if applicable) (Country – if not US)

9. Principal office mailing address: (if different from above) P.O. Box 4124
(Street name and number or Post Office Box information)

Telluride CO 81435
(City) (State) (Postal/Zip Code)

(Province – if applicable) (Country – if not US)

10. Date of formation of the entity: 01/06/1995
(mm/dd/yyyy)

11. Date of dissolution: (if known) Unknown, available in off line records
(mm/dd/yyyy)

12. If the entity's period of duration as amended is less than perpetual, state the date on which the period of duration expires:
(mm/dd/yyyy)

OR

If the entity's period of duration as amended is perpetual, mark this box: ☐

13. *(Optional)* Delayed effective date:
(mm/dd/yyyy)

14. Colorado statute under which the entity existed immediately prior to dissolution: 7-90-101 et seq.

15. All applicable conditions of CRS §7-90-1002 have been satisfied.

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

16. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| Pieterse | Nicole | Y. | Esq. |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

P.O. Box 2673
*(Street name and number or Post Office Box information)*

| Telluride | CO | 81435 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

*(Province – if applicable)* *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box ☐ and include an attachment stating the name and address of such individuals.)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.