

## Theodor Oldendorff

### FINAL FREIGHT STATEMENT

| | | | |
|---|---|---|---|
| Charterer | : Ming Jade, Curacao | Brokers | : SKAARUP SHIPBROK, US / staico |
| CP Date | : 17Aug2005 | Reference | : 051067 |

### Summary of Items to Date (USD)

| | | DR | CR |
|---|---|---|---|

**Load: Grain at Baton Rouge, 16,232.805MT on 19Sep2005 as per BL**
**Discharge: at Discharge**
**Total BL Quantity : 16,232.805MT**
**Freight on Total Loaded**

| | | DR | CR |
|---|---|---|---|
| 26984 | Plus 16232.805 mts grains at USD 40 pmt - 95% freight payable within 3 banking days | 616,846.59 | |
| | Less Address Commission of 3.750% on 100% Freight (USD 649,312.20) | | 24,349.21 |
| | Less Total Non-Collect Commission<br>Non-Collect Commission of 1.250% on 100% Freight (USD 649,312.20) | | 8,116.40 |
| Proforma | Plus 5.000% of Freight : 16,232.805MT @ 40.00 USD/MT = Total, less previously invoiced 616,846.59 USD | 32,465.61 | |
| Proforma | Plus Demurrage on discharging grains at Discharge | 805,118.06 | |
| | Less Address Commission of 3.750% | | 30,191.93 |
| | Less Non-Collect Commission of 1.250% | | 10,063.98 |
| Proforma | Less Despatch on loading grains at Baton Rouge | | 3,732.64 |

### Totals Breakdown

| | DR | CR |
|---|---|---|
| Total Freight Due | 649,312.20 | 0.00 |
| Total Despatch/Demurrage Due | 805,118.06 | 3,732.64 |
| Total Address Commission | 0.00 | 54,541.14 |
| Total Non-Collect Commission | 0.00 | 18,180.38 |
| Total Paid | 0.00 | 650,593.05 |
| Net credits / debits | 1,454,430.26 | 727,047.21 |
| **Balance due to Owners** | | **727,383.05** |
| | 1,454,430.26 | 1,454,430.26 |

Ex. 4

**Bank Details**

*Please remit according to the details below quoting Vessel Name, Voyage Number and Charterer.*

Benef. Name: Beneficiary:  Oldendorff Carriers GmbH & Co. KG
Benef. A/c no.: Account-No: 118000 5690     Swift:  HSHNDEHH
Benef. Bankname,Country: With: HSH Nordbank AG
Swift, ABA Transit no. etc.: Correspondents: The Northern Trust International
Corres. Bankname, Swift: Account-No: 105379-20230     Swift: CNORUS33
Comments/Ref. :



## SUPERMARITIME NIG. LTD. (Statement of facts)

| # | Field | Value | # | Field | Value |
|---|---|---|---|---|---|
| 1 | Vessel Name: | Theodor Oldendorff | 10 | Port: | Tincan Island Port |
| 2 | Owners/Disponent owners: | | 11 | Vessel Berthed | 28-12-2005 by 1648 hrs |
| 3 | Charterers: | | 12 | Loading commenced | |
| 4 | Receiver: | Pasimor Investment Co Ltd | 13 | Loading completed | |
| 5 | Arrived Roads: | 11-10-2005 by 1230 hrs | 14 | Discharge commenced: | 30-12-2005 by 0825 hrs |
| 6 | Notice Tendered: | 11-10-2005 by 1230 hrs | 15 | Discharge completed: | 16-01-2006 by 2200 hrs |
| 7 | Notice Accepted: | As per charter party agreement | 16 | Pick Pilot to sail: | 16-01-2006 by 2120 hrs |
| 8 | Bill Laden weight/Quantity: | 16,232.805 mts | 17 | Sailed: | 16-01-2006 by 2306 hrs |
| 9 | Outturn weight/Quantity: | 16,254.292 mts | 18 | Dropping of outward p.lot | 17-01-2006 by 2400 hrs |

| Date | Day | Hrs Worked from | to | diff | Hrs Idle from | to | diff | Hatches | No of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Oct-05 | Tuesday | | | | 12:30 | 12:30 | 00:00 | All | | Vessel arrived roads |
| 11-Oct-05 | Tuesday | | | | 12:30 | 00:00 | 11:30 | All | | Vessel on roads / awt receivers document |
| 12-Oct-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 13-Oct-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 14-Oct-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 15-Oct-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 16-Oct-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 17-Oct-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 18-Oct-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 19-Oct-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 20-Oct-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 21-Oct-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 22-Oct-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 23-Oct-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 24-Oct-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 25-Oct-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 26-Oct-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 27-Oct-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 28-Oct-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 29-Oct-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 30-Oct-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 31-Oct-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 01-Nov-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 02-Nov-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 03-Nov-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 04-Nov-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 05-Nov-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 06-Nov-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 07-Nov-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |

| Date | Day | Hrs Worked from | to | diff | Hrs Idle from | to | diff | Hatches | No. of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 08-Nov-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 09-Nov-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 10-Nov-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 11-Nov-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 12-Nov-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 13-Nov-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 14-Nov-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 15-Nov-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 16-Nov-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 17-Nov-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 18-Nov-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 19-Nov-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 20-Nov-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 21-Nov-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 22-Nov-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 23-Nov-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 24-Nov-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 25-Nov-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 26-Nov-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 27-Nov-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 28-Nov-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 29-Nov-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 30-Nov-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 01-Dec-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 02-Dec-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 03-Dec-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 04-Dec-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 05-Dec-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 06-Dec-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 07-Dec-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 08-Dec-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 09-Dec-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 10-Dec-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 11-Dec-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 12-Dec-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 13-Dec-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 14-Dec-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 15-Dec-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 16-Dec-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 17-Dec-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 18-Dec-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |

| Date | Day | Hrs Worked from | to | diff | Hrs idle from | to | diff | Hatches | No.of gangs | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-Dec-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 20-Dec-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 21-Dec-05 | Wednesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 22-Dec-05 | Thursday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 23-Dec-05 | Friday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 24-Dec-05 | Saturday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 25-Dec-05 | Sunday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 26-Dec-05 | Monday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 27-Dec-05 | Tuesday | | | | 00:00 | 00:00 | 00:00 | All | | Vessel on roads / awt receivers document |
| 28-Dec-05 | Wednesday | | | | 00:00 | 14:00 | 14:00 | All | | Vessel on roads / awt receivers document |
| 28-Dec-05 | Wednesday | | | | 14:00 | 14:00 | 00:00 | All | | Vessel left anchorage |
| 28-Dec-05 | Wednesday | | | | 14:00 | 14:48 | 00:48 | All | | Vessel enroute to pick pilot |
| 28-Dec-05 | Wednesday | | | | 14:48 | 16:48 | 02:00 | All | | Pilot on board |
| 28-Dec-05 | Wednesday | | | | 16:48 | 16:48 | 00:00 | All | | Vessel enroute to berth |
| 28-Dec-05 | Wednesday | | | | 16:48 | 18:50 | 02:02 | All | | Vessel berthed |
| 29-Dec-05 | Thursday | | | | 18:50 | 00:00 | 05:10 | All | | Port formalities |
| 30-Dec-05 | Friday | | | | 00:00 | 00:00 | 09:00 | All | | Awaiting consignee |
| 30-Dec-05 | Friday | | | | 00:00 | 07:30 | 07:30 | All | | Awaiting consignee |
| 30-Dec-05 | Friday | | | | 07:30 | 21:05 | 13:35 | All | | Awaiting consignee |
| 30-Dec-05 | Friday | 21:05 | 23:00 | 01:55 | | | | 1 | | No operation |
| 30-Dec-05 | Friday | 23:00 | 23:25 | 00:25 | | | | 1 | | Discharging |
| 30-Dec-05 | Friday | 23:25 | 00:00 | 00:35 | 23:00 | 23:25 | 00:25 | 1 | | Repositioning of hopper |
| 30-Dec-05 | Friday | | | | 07:30 | 00:00 | 16:30 | 2 | | Discharging |
| 30-Dec-05 | Friday | 08:25 | 09:15 | 00:50 | 07:30 | 08:25 | 00:55 | 3 | | No operation |
| 30-Dec-05 | Friday | | | | 09:15 | 19:00 | 09:45 | 3 | | Awt gang to commence |
| 30-Dec-05 | Friday | | | | 19:00 | 00:30 | 00:30 | 3 | | Discharging |
| 30-Dec-05 | Friday | | | | 19:00 | 05:00 | 05:00 | 3 | | Awaiting consignee's document |
| 30-Dec-05 | Friday | | | | 07:30 | 13:20 | 05:50 | 4 | | Hopper shifted to hatch 1 |
| 30-Dec-05 | Friday | | | | 13:20 | 16:55 | 03:35 | 4 | | No operation |
| 30-Dec-05 | Friday | 16:55 | 17:03 | 00:08 | | | | 4 | | Awaiting consignee |
| 30-Dec-05 | Friday | | | | 17:03 | 17:40 | 00:37 | 4 | | Elevator defect |
| 31-Dec-05 | Saturday | 17:40 | 06:20 | | | | | 4 | | Discharging |
| 31-Dec-05 | Saturday | 06:00 | 04:00 | | | | | 4 | | Elevator defect |
| 31-Dec-05 | Saturday | | | 04:00 | 12:50 | 08:50 | | 1 | | Discharging |
| 31-Dec-05 | Saturday | 12:50 | 19:30 | 06:40 | | | | 1 | | Awt receivers trucks |
| 31-Dec-05 | Saturday | | | 19:30 | 00:00 | 04:30 | | 1 | | Discharging |
| 31-Dec-05 | Saturday | | | 00:00 | 07:30 | 07:30 | | 2 | | Awt receivers trucks |
| 31-Dec-05 | Saturday | | | 02:30 | 14:35 | 07:05 | | 2 | | No operation |

| Date | Day | Hrs Worked from | to | diff | Hrs idle from | to | diff | Hatches | No.of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 31-Dec-05 | Saturday | 14:35 | 15:05 | 00:30 | | | | 2 | | Discharging |
| 31-Dec-05 | Saturday | | | | 15:05 | 15:55 | 00:50 | 2 | | Ashore power failure |
| 31-Dec-05 | Saturday | 15:55 | 00:00 | 08:05 | | | | 2 | | Discharging |
| 31-Dec-05 | Saturday | | | | 00:00 | 08:20 | 08:20 | 3 | | No operation |
| 31-Dec-05 | Saturday | 08:20 | 14:30 | 06:10 | | | | 3 | | Discharging |
| 31-Dec-05 | Saturday | | | | 14:30 | 14:35 | 00:05 | 3 | | Elevator shifted to hatch 2 |
| 31-Dec-05 | Saturday | 14:35 | 00:00 | 09:25 | | | | 3 | | Discharging |
| 31-Dec-05 | Saturday | 00:00 | 08:00 | 08:00 | | | | 4 | | Discharging |
| 31-Dec-05 | Saturday | | | | 08:00 | 08:20 | 00:20 | 4 | | Elevator shifted to hatch 3 |
| 01-Jan-06 | Sunday | | | | 08:20 | 00:00 | 15:40 | 4 | | No operation |
| 01-Jan-06 | Sunday | | | | 00:00 | 07:30 | 07:30 | 1 | | Awt receivers trucks |
| 01-Jan-06 | Sunday | | | | 07:30 | 00:00 | 16:30 | 1 | | No operation |
| 01-Jan-06 | Sunday | 00:00 | 07:00 | 07:00 | | | | 2 | | Discharging |
| 01-Jan-06 | Sunday | | | | 07:00 | 07:30 | 00:30 | 2 | | Awaiting multimalt |
| 01-Jan-06 | Sunday | | | | 07:30 | 08:00 | 16:30 | 2 | | No operation |
| 01-Jan-06 | Sunday | | | | 00:00 | 00:00 | 00:00 | 3&4 | | No operation |
| 02-Jan-06 | Monday | | | | 00:00 | 07:30 | 07:30 | All | | No operation |
| 02-Jan-06 | Monday | 10:55 | 18:30 | 07:35 | 07:30 | 10:55 | 03:25 | 1 | | Awt receivers trucks / Discharging |
| 02-Jan-06 | Monday | | | | 18:30 | 20:20 | 01:50 | 1 | | Changing of gang |
| 02-Jan-06 | Monday | 20:20 | 00:00 | 03:40 | | | | 1 | | Discharging |
| 02-Jan-06 | Monday | | | | 07:30 | 11:20 | 03:50 | 2 | | Awaiting multimalt |
| 02-Jan-06 | Monday | 11:20 | 17:55 | 06:35 | | | | 2 | | Discharging |
| 02-Jan-06 | Monday | | | | 17:55 | 18:20 | 00:25 | 2 | | Elevator shifted to hatch 4 |
| 02-Jan-06 | Monday | | | | 18:20 | 00:00 | 05:40 | 2 | | No operation |
| 02-Jan-06 | Monday | | | | 07:30 | 00:00 | 16:30 | 3 | | No operation |
| 02-Jan-06 | Monday | | | | 07:30 | 18:10 | 10:40 | 4 | | No operation |
| 02-Jan-06 | Monday | 18:10 | 19:00 | 00:50 | | | | 4 | | Discharging |
| 03-Jan-06 | Tuesday | | | | 19:00 | 00:00 | 05:00 | 4 | | Awaiting multimalt |
| 03-Jan-06 | Tuesday | 00:00 | 02:55 | 02:55 | | | | 1 | | Discharging |
| 03-Jan-06 | Tuesday | | | | 02:55 | 15:30 | 12:35 | 1 | | Awt receivers trucks |
| 03-Jan-06 | Tuesday | 15:30 | 18:00 | 02:30 | | | | 1 | | Discharging |
| 03-Jan-06 | Tuesday | | | | 18:00 | 21:10 | 03:10 | 1 | | Changing of gang |
| 03-Jan-06 | Tuesday | 21:10 | 00:00 | 02:50 | | | | 1 | | Discharging |
| 03-Jan-06 | Tuesday | | | | 00:00 | 00:00 | 00:00 | 2&3 | | No operation |
| 03-Jan-06 | Tuesday | | | | 00:00 | 08:35 | 08:35 | 4 | | Awaiting multimalt |
| 03-Jan-06 | Tuesday | 08:35 | 12:10 | 03:35 | | | | 4 | | Discharging |
| 03-Jan-06 | Tuesday | | | | 12:10 | 00:00 | 11:50 | 4 | | Awt consignee |
| 04-Jan-06 | Wednesday | 00:00 | 05:00 | 05:00 | | | | 1 | | Discharging |
| 04-Jan-06 | Wednesday | | | | 05:00 | 08:20 | 03:20 | 1 | | Awt gang to commence |
| 04-Jan-06 | Wednesday | 08:20 | 13:05 | 04:45 | | | | 1 | | Discharging |
| 04-Jan-06 | Wednesday | | | | 13:05 | 00:00 | 10:55 | 1 | | Awt receivers trucks |
| 04-Jan-06 | Wednesday | | | | 00:00 | 00:00 | 00:00 | 2&3 | | No operation |

| Date | Day | Hrs Worked from | to | diff | Hrs Idle from | to | diff | Hatches | No.of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 04-Jan-06 | Wednesday | | | | | | | | | |
| 05-Jan-06 | Thursday | | | | 00:00 | 00:00 | 00:00 | 4 | | Awt consignee |
| 05-Jan-06 | Thursday | | | | 00:00 | 00:00 | 00:00 | 1 | | Awaiting receivers truck |
| 05-Jan-06 | Thursday | | | | 00:00 | 00:00 | 00:00 | 2&3 | | No operation |
| 06-Jan-06 | Friday | | | | 00:00 | 00:00 | 00:00 | 4 | | Awt consignee |
| 06-Jan-06 | Friday | | | | 00:00 | 00:00 | 00:00 | 1 | | Awaiting receivers truck |
| 06-Jan-06 | Friday | | | | 00:00 | 12:30 | 01:30 | 2&3 | | No operation |
| 06-Jan-06 | Friday | 12:30 | 19:00 | 06:30 | | | | 4 | | Awt consignee |
| 07-Jan-06 | Saturday | | | | 19:00 | 00:00 | 05:00 | | | Discharging |
| 07-Jan-06 | Saturday | | | | 00:00 | 10:15 | 10:15 | 4 | | Awt consignee |
| 07-Jan-06 | Saturday | | | | 10:15 | 12:35 | 02:20 | 1 | | Rainfall and bad weather |
| 07-Jan-06 | Saturday | | | | 12:35 | 16:15 | 03:40 | 1 | | Awaiting receivers truck |
| 07-Jan-06 | Saturday | 16:15 | 16:45 | 00:30 | | | | 1 | | Discharging |
| 07-Jan-06 | Saturday | | | | 16:45 | 00:00 | 07:15 | 1 | | Grab defect |
| 07-Jan-06 | Saturday | | | | 00:00 | 10:15 | 10:15 | 2&3 | | No operation |
| 07-Jan-06 | Saturday | | | | 10:15 | 12:35 | 02:20 | 2&3 | | Rainfall and bad weather |
| 07-Jan-06 | Saturday | | | | 12:35 | 00:00 | 11:25 | 2&3 | | Awt consignee |
| 07-Jan-06 | Saturday | | | | 00:00 | 08:40 | 08:40 | 4 | | Awt consignee |
| 07-Jan-06 | Saturday | 08:40 | 10:15 | 01:35 | | | | 4 | | Discharging |
| 07-Jan-06 | Saturday | | | | 10:15 | 12:35 | 02:20 | 4 | | Rainfall and bad weather |
| 07-Jan-06 | Saturday | 12:35 | 18:45 | 06:10 | | | | 4 | | Discharging |
| 07-Jan-06 | Saturday | | | | 18:45 | 00:00 | 05:15 | 4 | | Awt consignee |
| 08-Jan-06 | Sunday | | | | 00:00 | 13:10 | 13:10 | 1 | | Awaiting receivers truck |
| 08-Jan-06 | Sunday | | | | 13:10 | 00:00 | 10:50 | 1 | | No operation |
| 08-Jan-06 | Sunday | | | | 00:00 | 00:00 | 00:00 | 2 | | No operation |
| 08-Jan-06 | Sunday | | | | 00:00 | 09:15 | 09:15 | 3 | | Discharging |
| 08-Jan-06 | Sunday | 09:15 | 13:30 | 04:15 | | | | 3 | | Discharging |
| 08-Jan-06 | Sunday | | | | 13:30 | 00:00 | 10:30 | 3 | | Awt consignee |
| 08-Jan-06 | Sunday | | | | 00:00 | 09:15 | 09:15 | 4 | | Awt consignee |
| 08-Jan-06 | Sunday | | | | 09:15 | 09:15 | 00:00 | 4 | | Elevator shifted to hatch 3 |
| 08-Jan-06 | Sunday | | | | 09:15 | 00:00 | 14:45 | 4 | | No operation |
| 09-Jan-06 | Monday | | | | 00:00 | 10:30 | 10:30 | 1 | | Awaiting receivers truck |
| 09-Jan-06 | Monday | 10:30 | 12:55 | 02:25 | | | | 1 | | Discharging |
| 09-Jan-06 | Monday | | | | 12:55 | 14:00 | 01:05 | 1 | | Awt pilot to shift vessel to roads |
| 09-Jan-06 | Monday | | | | 14:00 | 14:00 | 00:00 | 1 | | Pilot on board |
| 09-Jan-06 | Monday | | | | 14:00 | 14:48 | 00:48 | 1 | | Awt tug boat |
| 09-Jan-06 | Monday | | | | 14:48 | 14:48 | 00:00 | 1 | | Vessel left the berth to roads |
| 09-Jan-06 | Monday | | | | 14:48 | 16:18 | 01:30 | 1 | | Vessel enroute to roads |
| 09-Jan-06 | Monday | | | | 16:18 | 16:18 | 00:00 | 1 | | Vessel dropped outward pilot |
| 09-Jan-06 | Monday | | | | 00:00 | 00:00 | 07:42 | 1 | | Vessel on roads |
| 09-Jan-06 | Monday | | | | 00:00 | 12:55 | 12:55 | 2&4 | | No operation |
| 09-Jan-06 | Monday | | | | 12:55 | 14:00 | 01:05 | 2&4 | | Awt pilot to shift vessel to roads |

17-JAN-2006 14:54 From:SUPERMARITIME          234 1 5876845           To:SPM                    P.6

| Date | Day | Hrs Worked from | to | diff | Hrs idle from | to | diff | Hatches | No. of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-Jan-06 | Monday | | | | 14:00 | 14:00 | 00:00 | 2&4 | | Pilot on board |
| 09-Jan-06 | Monday | | | | 14:00 | 14:48 | 00:48 | 2&4 | | Awt tug boat |
| 09-Jan-06 | Monday | | | | 14:48 | 14:48 | 00:00 | 2&4 | | Vessel left the berth to roads |
| 09-Jan-06 | Monday | | | | 14:48 | 16:18 | 01:30 | 2&4 | | Vessel enroute to roads |
| 09-Jan-06 | Monday | | | | 16:18 | 16:18 | 00:00 | 2&4 | | Vessel dropped outward pilot |
| 09-Jan-06 | Monday | | | | 16:18 | 00:00 | 07:42 | 2&4 | | Vessel on roads |
| 09-Jan-06 | Monday | | | | 00:00 | 12:55 | 12:55 | 3 | | Awt consignee |
| 09-Jan-06 | Monday | | | | 12:55 | 14:00 | 01:05 | 3 | | Awt pilot to shift vessel to roads |
| 09-Jan-06 | Monday | | | | 14:00 | 14:00 | 00:00 | 3 | | Pilot on board |
| 09-Jan-06 | Monday | | | | 14:00 | 14:48 | 00:48 | 3 | | Awt tug boat |
| 09-Jan-06 | Monday | | | | 14:48 | 14:48 | 00:00 | 3 | | Vessel left the berth to roads |
| 09-Jan-06 | Monday | | | | 14:48 | 16:18 | 01:30 | 3 | | Vessel enroute to roads |
| 09-Jan-06 | Monday | | | | 16:18 | 16:18 | 00:00 | 3 | | Vessel dropped outward pilot |
| 10-Jan-06 | Tuesday | | | | 16:18 | 00:00 | 07:42 | 3 | | Vessel on roads |
| 10-Jan-06 | Tuesday | | | | 00:00 | 15:12 | 15:12 | All | | Awt trucks |
| 10-Jan-06 | Tuesday | | | | 15:12 | 15:12 | 00:00 | All | | Pilot on board |
| 10-Jan-06 | Tuesday | | | | 15:12 | 18:00 | 02:48 | All | | Vessel shifted to berth |
| 10-Jan-06 | Tuesday | | | | 18:00 | 18:00 | 00:00 | All | | Vessel reberthed |
| 10-Jan-06 | Tuesday | | | | 18:00 | 19:00 | 01:00 | All | | Port formalities |
| 10-Jan-06 | Tuesday | | | | 19:00 | 00:00 | 05:00 | 2&4 | | Awt trucks |
| 10-Jan-06 | Tuesday | 19:00 | 00:00 | 05:00 | | | | 3 | | No operation |
| 11-Jan-06 | Wednesday | | | | 00:00 | 00:00 | 00:00 | 1 | | Discharging |
| 11-Jan-06 | Wednesday | | | | 00:00 | 16:10 | 16:10 | 2 | | Awt trucks |
| 11-Jan-06 | Wednesday | 16:10 | 00:00 | 07:50 | | | | 2 | | No operation |
| 11-Jan-06 | Wednesday | 00:00 | 07:10 | 07:10 | | | | 3 | | Discharging |
| 11-Jan-06 | Wednesday | | | | 07:10 | 16:10 | 09:00 | 3 | | Discharging |
| 11-Jan-06 | Wednesday | | | | 16:10 | 16:10 | 00:00 | 3 | | Silo filled up |
| 11-Jan-06 | Wednesday | | | | 16:10 | 00:00 | 00:00 | 4 | | Elevator shifted to hatch 2 |
| 11-Jan-06 | Thursday | | | | 00:00 | 16:28 | 16:28 | 1 | | No operation |
| 12-Jan-06 | Thursday | 16:28 | 22:00 | 05:32 | | | | 1 | | Awt trucks |
| 12-Jan-06 | Thursday | | | | 22:00 | 23:10 | 01:10 | 1 | | Discharging |
| 12-Jan-06 | Thursday | 23:10 | 00:00 | 01:20 | | | | 2 | | Awt operator |
| 12-Jan-06 | Thursday | 00:00 | 01:20 | 01:20 | 02:05 | 00:45 | 00:45 | 2 | | Discharging |
| 12-Jan-06 | Thursday | | | | 01:20 | 23:15 | 21:10 | 2 | | Discharging |
| 12-Jan-06 | Thursday | 23:15 | 00:00 | 00:45 | 02:05 | 00:45 | | 3 | | Elevator shifted to hatch 4 |
| 12-Jan-06 | Thursday | 00:00 | 00:00 | 00:00 | 00:00 | 12:35 | 12:35 | 3 | | No operation |
| 12-Jan-06 | Thursday | 12:35 | 13:15 | 00:40 | 13:15 | 14:40 | 01:25 | 3 | | Discharging |
| 12-Jan-06 | Thursday | 14:40 | 15:20 | 00:40 | 15:20 | 16:24 | 01:04 | 3 | | Labour & stevedore in dispute |
| 12-Jan-06 | Thursday | 16:24 | 18:05 | 01:41 | | | | 3 | | Honeywell stopped operation |
| | | | | | | | | 3 | | Discharging |

17-JAN-2006 14:55 From:SUPERMARITIME    234 1 5876845    To:SPM    P.7

| Date | Day | Hrs Worked from | to | diff | Hrs Idle from | to | diff | Hatches | No.of gangs | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-Jan-06 | Thursday | | | | | | | | | Fixing of elevator pipe |
| 12-Jan-06 | Thursday | 18:20 | 22:25 | 04:05 | 18:20 | 00:15 | | 3 | | Discharging |
| 12-Jan-06 | Thursday | | | | 22:25 | 22:25 | 00:00 | 3 | | Hatch completed |
| 12-Jan-06 | Thursday | | | | 00:00 | 02:05 | 02:05 | 4 | | No operation |
| 12-Jan-06 | Thursday | 02:05 | 06:25 | 04:20 | | | | 4 | | Discharging |
| 12-Jan-06 | Thursday | | | | 06:25 | 07:00 | 00:35 | 4 | | Fixing of elevator pipe |
| 12-Jan-06 | Thursday | 07:00 | 11:25 | 04:25 | | | | 4 | | Discharging |
| 12-Jan-06 | Thursday | | | | 11:25 | 11:25 | 03:00 | 4 | | Hatch completed |
| 13-Jan-06 | Friday | 00:00 | 01:30 | 01:30 | | | | 1 | | Discharging |
| 13-Jan-06 | Friday | | | | 01:30 | 13:45 | 12:15 | 1 | | Awt trucks |
| 13-Jan-06 | Friday | | | | 13:45 | 13:45 | 00:00 | 1 | | Plot on board to shift vessel to roads |
| 13-Jan-06 | Friday | | | | 13:45 | 15:20 | 01:35 | 1 | | Shifting of vessel from berth 2 to 3 |
| 13-Jan-06 | Friday | | | | 15:20 | 21:25 | 06:05 | 1 | | Awt trucks |
| 13-Jan-06 | Friday | 21:25 | 00:00 | 02:35 | | | | 1 | | Discharging |
| 13-Jan-06 | Friday | 00:00 | 04:50 | 04:50 | | | | 2 | | Discharging |
| 13-Jan-06 | Friday | | | | 04:50 | 04:50 | 00:00 | 2 | | Hatch completed |
| 14-Jan-06 | Saturday | | | | 01:45 | 01:45 | | 1 | | Discharging |
| 14-Jan-06 | Saturday | | | | 01:45 | 02:15 | 00:30 | 1 | | Awt trucks |
| 14-Jan-06 | Saturday | 02:15 | 02:30 | 00:15 | | | | 1 | | Discharging |
| 14-Jan-06 | Saturday | | | | 02:30 | 10:55 | 08:25 | 1 | | Awt trucks |
| 14-Jan-06 | Saturday | 10:55 | 19:30 | 08:35 | | | | 1 | | Discharging |
| 14-Jan-06 | Saturday | | | | 19:30 | 21:15 | 01:45 | 1 | | Changing of gang |
| 14-Jan-06 | Saturday | 21:15 | 00:00 | 02:45 | | | | 1 | | Discharging |
| 15-Jan-06 | Sunday | 00:00 | 01:55 | 01:55 | | | | 1 | | Discharging |
| 15-Jan-06 | Sunday | | | | 01:55 | 09:05 | 07:10 | 1 | | Awt trucks |
| 15-Jan-06 | Sunday | 09:05 | 10:00 | 00:55 | | | | 1 | | Discharging |
| 15-Jan-06 | Sunday | | | | 10:00 | 13:20 | 03:20 | 1 | | Awt trucks |
| 15-Jan-06 | Sunday | 13:20 | 13:50 | 00:30 | | | | 1 | | Discharging |
| 15-Jan-06 | Sunday | | | | 13:50 | 18:05 | 04:15 | 1 | | Awt trucks |
| 15-Jan-06 | Sunday | 18:05 | 18:30 | 00:25 | | | | 1 | | Discharging |
| 15-Jan-06 | Sunday | | | | 18:30 | 00:00 | 05:30 | 1 | | Awt trucks |
| 16-Jan-06 | Monday | | | | 00:00 | 13:30 | 13:30 | 1 | | Awt trucks |
| 16-Jan-06 | Monday | 13:30 | 17:15 | 03:45 | | | | 1 | | Discharging |
| 16-Jan-06 | Monday | | | | 17:15 | 18:15 | 01:00 | 1 | | Awt trucks |
| 16-Jan-06 | Monday | 18:15 | 22:04 | | | | | | | Discharging |
| 16-Jan-06 | Monday | 22:04 | | | | | | | | Vessel Completed Disch. |

Name/signature Agents
M/V "THEODOR OLDENDORF"
Oldendorff (Liberia) Inc

Name/signature of master

[signature] Oldendorf 16.25.04-392 h/s

# Laytime Calculation

## Discharging Discharge

| Vessel | Theodor Oldendorff | Owner | OE LIBERIA |
|---|---|---|---|
| Ref | Voyage 051067 (2005/1876) | Charterer | Ming Jade Investments S.A., Curacao |
| CPDate | 17Aug2005 | Cargo | Grain |

Port: Discharge - Discharge Grain 16,232,805 MT at 1,500.00 MT/d (SHEX Fri 17:00 to Mon 08:00)
Demurrage Terms: 10,000 USD per Day (Always on Demurrage)
Despatch Terms: 5,000 USD per Day (Working Time Saved)

| | | | |
|---|---|---|---|
| Prior Time | None | Not Counting | Excluded Time | None |
| Arrival | 11Oct2005 12:30 | Left anchorage | 28Dec2005 14:00 |
| All fast | 28Dec2005 16:48 | NOR tendered | 11Oct2005 12:30 |
| NOR Valid | 11Oct2005 12:30 | Laytime commenced | 12Oct2005 08:00 |
| Full time commenced | 12Oct2005 08:00 | Laytime ends | 16Jan2006 22:00 |
| Time To Count From | 12Oct2005 08:00 | Time To Count To | 16Jan2006 22:00 |

| Day | Date | From | To | Description | Time | Pcnt | Laytime | Demurrage |
|---|---|---|---|---|---|---|---|---|
| Wed | 12Oct2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | |
| Thu | 13Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Fri | 14Oct2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | |
| Fri | 14Oct2005 | 17:00 | 24:00 | Excluded | 07:00 | 0 | 00:00 | |
| Sat | 15Oct2005 | 00:00 | 24:00 | Excluded | 24:00 | 0 | 00:00 | |
| Sun | 16Oct2005 | 00:00 | 24:00 | Excluded | 24:00 | 0 | 00:00 | |
| Mon | 17Oct2005 | 00:00 | 08:00 | Excluded | 08:00 | 0 | 00:00 | |
| Mon | 17Oct2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | |
| Tue | 18Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Wed | 19Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Thu | 20Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Fri | 21Oct2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | |
| Fri | 21Oct2005 | 17:00 | 24:00 | Excluded | 07:00 | 0 | 00:00 | |
| Sat | 22Oct2005 | 00:00 | 24:00 | Excluded | 24:00 | 0 | 00:00 | |
| Sun | 23Oct2005 | 00:00 | 24:00 | Excluded | 24:00 | 0 | 00:00 | |
| Mon | 24Oct2005 | 00:00 | 08:00 | Excluded | 08:00 | 0 | 00:00 | |
| Mon | 24Oct2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | |
| Tue | 25Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Wed | 26Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Thu | 27Oct2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Fri | 28Oct2005 | 00:00 | 09:43 | Time Counting | 09:43 | 100 | 09:43 | |

--- ON DEMURRAGE 28Oct2005 09:43 ---

| Fri | 28Oct2005 | 09:43 | 17:00 | Time Counting | 07:17 | 100 | 07:17 | 07:17 |
| Fri | 28Oct2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 29Oct2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 30Oct2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 31Oct2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 31Oct2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 01Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 02Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 03Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 04Nov2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |

file://C:\SSL\LAYDAYS\laycanM.html    17.01.2006

17-JAN-2006 17:10    DC MARINE ACCOUNTING    S.02/10

Laytime Calculation

| Day | Date | From | To | | Remarks | | % | | |
|---|---|---|---|---|---|---|---|---|---|
| Fri | 04Nov2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 05Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 06Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 07Nov2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 07Nov2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 08Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 09Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 10Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 11Nov2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 11Nov2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 12Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 13Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 14Nov2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 14Nov2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 15Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 16Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 17Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 18Nov2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 18Nov2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 19Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 20Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 21Nov2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 21Nov2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 22Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 23Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 24Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 25Nov2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 25Nov2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 26Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 27Nov2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 28Nov2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 28Nov2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 29Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 30Nov2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 01Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 02Dec2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 02Dec2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 03Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 04Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 05Dec2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 05Dec2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 06Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 07Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 08Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 09Dec2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 09Dec2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 10Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 11Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 12Dec2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 12Dec2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 13Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 14Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 15Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 16Dec2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 16Dec2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 17Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |

Laytime Calculation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sun | 18Dec2005 | 00:00 | 24:00 | | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 19Dec2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 19Dec2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 20Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 21Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 22Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 23Dec2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 23Dec2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 24Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 25Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 26Dec2005 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 26Dec2005 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 27Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 28Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 29Dec2005 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 30Dec2005 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 30Dec2005 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 31Dec2005 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 01Jan2006 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 02Jan2006 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 02Jan2006 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 03Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 04Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 05Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 06Jan2006 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 06Jan2006 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 07Jan2006 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 08Jan2006 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 09Jan2006 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 09Jan2006 | 08:00 | 24:00 | Time Counting | 16:00 | 100 | 16:00 | 16:00 |
| Tue | 10Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Wed | 11Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Thu | 12Jan2006 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | 24:00 |
| Fri | 13Jan2006 | 00:00 | 17:00 | Time Counting | 17:00 | 100 | 17:00 | 17:00 |
| Fri | 13Jan2006 | 17:00 | 24:00 | Excluded Always on Demurrage | 07:00 | 100 | 07:00 | 07:00 |
| Sat | 14Jan2006 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Sun | 15Jan2006 | 00:00 | 24:00 | Excluded Always on Demurrage | 24:00 | 100 | 24:00 | 24:00 |
| Mon | 16Jan2006 | 00:00 | 08:00 | Excluded Always on Demurrage | 08:00 | 100 | 08:00 | 08:00 |
| Mon | 16Jan2006 | 08:00 | 22:00 | Time Counting | 14:00 | 100 | 14:00 | 14:00 |

| DEMURRAGE | 80 Days 12 Hours 17 Mins (80,511806) | Time Allowed | 10:19:43 |
|---|---|---|---|
| | at USD 10,000 per Day | Time Used | 91:08:00 |
| | = USD 805,118.06 | On Demurrage | 80:12:17 |

file:///C:/SSL/LAYDAYS/JaycanM.htm    17.01.2006