UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORF (LIBERIA), INC.<br>80 Broad Street<br>Monrovia, Liberia,<br><br>   Plaintiff,<br><br>   v.<br><br>MING JADE INVESTMENTS, S.A.<br>c/o Amicorps B.V.I. Limited<br>Caracasbaaiweg 11<br>Box 6050 Curacao, Netherland Antilles,<br><br>   Defendant. | CIVIL NO.: 05-2443 |

CONSENT MOTION FOR ENLARGEMENT OF TIME

The United States of America, through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court enlarge the time for the United States to file a Reply to Plaintiff's Opposition to the United States' Motion to Set Aside Order of Garnishment.

Pursuant to LCvR 7(d), the United States must file a Reply not later than February 17, 2006. Counsel for the United States seeks an enlargement due to the press of travel and managerial responsibilities in his office, which have prevented him from timely addressing the Reply in this matter and coordinating his efforts with the client agency counsel. Accordingly, on February 16, 2006, undersigned counsel contacted counsel for Plaintiff, Mark E. Nagle, to request additional time for the United States to file its Reply.

Plaintiff's counsel consented to the United States' request, agreeing to an enlargement of time until Friday, February 24, 2006.

    WHEREFORE, movant United States of America respectfully requests that this Court enlarge the time for the United States to file its Reply until Friday, February 24, 2006.

Dated: February 17, 2006

                                      Respectfully submitted,

                                      PETER D. KEISLER
                                    Assistant Attorney General

                                    PETER F. FROST
                                    Acting Assistant Director
                                    Civil Division, Torts Branch
                                    United States Department of Justice
                                    P.O. Box 14271
                                    Washington, D.C. 20044-4271
                                    Tel: 202-616-4031
                                    Fax: 202-616-4002
                                    Email: Peter.Frost@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that on this 17th day of February, 2006, copies of the foregoing Consent Motion for Extension of Time and proposed Order were filed electronically with the Clerk of Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in the case.

_____
Peter F. Frost

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EGON OLDENDORF (LIBERIA), INC.<br>80 Broad Street<br>Monrovia, Liberia,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MING JADE INVESTMENTS, S.A.<br>c/o Amicorps B.V.I. Limited<br>Caracasbaaiweg 11<br>Box 6050 Curacao, Netherland Antilles,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO.: 05-2443 |

ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time filed by the United States and the entire record herein, it is by the Court this _____ day of _____, 2006

**ORDERED**, that the United States has until Friday, February 24, 2006, to file its Reply to Plaintiff's Opposition to the United States' Motion to Set Aside Order of Garnishment.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge