AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Oldendorf

        Plaintiff(s)   )
                              )   **APPEARANCE**
                              )
                vs.        )   CASE NUMBER   A 05-2443-HHK
Ming Jade Investments        )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John E. Drury__ as counsel in this
                                      (Attorney's Name)

case for: __Euro America Shipping & Trade, Inc. [petitioner]__
                          (Name of party or parties)

February 24, 2006
Date

*[signature]*
Signature

924407 - DC
BAR IDENTIFICATION

John E. Drury
Print Name

# 303 - 1900 L Street, NW
Address

Washington, DC 20036
City   State   Zip Code

202/463-6131
Phone Number