UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

EGON OLDENDORFF (LIBERIA) INC.

        Plantiff,               CIVIL NO.:A 05-2443 - HHK

-against-

MING JADE INVESTMENTS S.A.,

        Defendant.

---

MOTION TO INTERVENE
PURSUANT TO RULE 24, FRCP

NOW COMES Petitioner Euro America Shipping & Trade, Inc. ("Euro America"), a District of Columbia corporation since 1979 specializing in marine brokerage, and respectfully moves to intervene, pursuant to Rule 24, Federal Rules of Civil Procedure, and represents that it has an interest in the matters and questions involved in the above-entitled cause, and, it asserts a valid maritime lien and claims an amount not to exceed $ 259,040.00, held by the Commercial Credit Corporation ("CCC") and the Department of Agriculture ("USDA") in connection with tender IFB No. D5 –060B. This lien should be recognized in the event that this Court should find, against the authority of statutory and case law precedent, that the accounts of the CCC are subject to the garnishment claimed by plaintiff. The following justification supports this motion:

1.) This Court on December 21, 2005 entered a maritime attachment and garnishment Order against all tangible and intangible property "payable to or otherwise for the benefit of Defendant Ming Jade Investments, S.A., by Commercial Credit

1

Corporation or other Governmental Agency in connection with tender IFB No. D5-060B concerning a cargo of wheat from the United States to Bolivia in an amount of up to $ 696,903.89." In its Order, the Court invited "any person claiming and interest in the property attached or garnished . . . shall upon application . . . be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted." It is to that provision that this pleading is made.

2.) Euro America brokered this cargo to Bolivia and advanced freight funds of approximately $ 240,000.00 to Ming Jade Investments, S.A., on a short term basis. The USDA, via the CCC, was to pay the freight to the charterer, Ming Jade Investments, S.A., after the vessel loaded the cargo, conducted the voyage and delivered the wheat to the final destination, Bolivia. Euro America's financing of the freight was an integral and necessary component of the charter and thus gives it priority status under maritime law and practice. Payment to petitioner was to be $ 259,040.00 and it is that amount which is claimed by petitioner (See attached Declaration of Tufail Ahmad).

3.) Euro America fully satisfies the criteria of Rule 24 (a), Federal Rules of Civil Procedure, for intervention as a matter of right. Euro America is so situated as a priority payee, under existing maritime law and practice, that the adverse disposition of property, i.e., recognition of plaintiff's rights to garnishment, will substantially impair, frustrate, and vitiate Euro America's ability to receive and protect its interest as a priority payee, in the event that this Court should find for plaintiff as a third party claimant to this money held by the CCC and USDA.

Wherefore, Petitioner Euro America Shipping & Trade, Inc., prays for leave to intervene, to file a brief, and to participate in oral argument, if had, and, it seeks a ruling from this Court that, before any disbursement of moneys, that it be paid its full claim as may be established, for an award of reasonable attorneys' fees and costs, and for such other relief as may appear appropriate.

Euro America Shipping & Trade, Inc.
Petitioner
By Counsel

_____
John E. Drury, Esquire
# 303- 1900 L Street, NW
Washington, DC 20036
202/463-6131
Bar Number: 924407

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading were sent by first class mail, postage prepaid, this 24th day of February, 2006 to Peter F. Frost, Esquire, United States Department of Justice, PO Box 14271, Washington, D.C. 20044-4271, Mark E. Nagle, Troutman, Sanders, LLP, 401 9th Street, NW, Suite 1000, Washington, DC 20004.

_____
John E. Drury