UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

EGON OLDENDORFF (LIBERIA) INC.

        Plantiff,                 CIVIL NO.:A 05-2443 - HHK

-against-

MING JADE INVESTMENTS S.A.,

        Defendant.

---

### DECLARATION OF TUFAIL AHMAD

TUFAIL AHMAD, deposes and says:

1. I am the president of Euro-America Shipping & Trade, Inc., ("Euro-America"), an independent marine brokerage company in the District of Columbia since 1979. Euro-America specializes in the marine brokerage business of transporting food aid worldwide under the programs of the United States Department of Agriculture, United States Agency for International Development and Maritime Administration. Our clients are numerous US flag and non US flag ship owners and operators. Euro-America has, on a limited basis, facilitated chartering companies by advancing freight funds on a short term when dealing in contracts funded by the USDA as the freight funds are not paid to the charterer until the vessel has arrived at the discharge port.

2. Euro-America has done business with Ming Jade Investments on prior occasions assisting it on bidding for the award of contracts from the United States Department of Agriculture (USDA).

3. I am aware of the details concerning a USDA contract award dealing with an

1

Bolivian cargo of wheat. USDA awarded Ming Jade the contract on November 9, 2005 and the vessel M/V TOSCANA was chartered to carry a food aid cargo of 3200 metric tons of bulk wheat from Houston, Texas to Bolivia. Euro-America brokered this vessel, and it advanced freight funds of approximately $ 240,000.00 to Ming Jade on a short term basis. As usual, the USDA, via the CCC, was to pay the freight, but only after the vessel had loaded the cargo, carried the cargo and delivered the wheat to the final destination, Bolivia. Ming Jade's financing arrangement with Euro-America was that the freight funds from USDA/CCC would be paid to Sonchia Chartering upon the arrival of the M/V TOSCANA at the destination port in Peru since Bolivia is a land locked country which uses Peruvian ports for seaborne cargo. On November 30, 2005, Ming Jade requested the Government of Bolivia to amend the name of the Owners in the Charter Party to "Sonchia Chartering Co of Colorado / Ming Jade Invesments S.A." The Government of Bolivia agreed to change the name of the freight payee to "Sonchia Chartering." On December 12, 2005, Ming Jade submitted a written request for the freight payee to be changed to "Sonchia Chartering", and, the addendum was made. This change satisfied the financing arrangements with Euro-America which had a commitment from Sonchia Chartering's bank to pay $ 259,040.00.

4. In the normal commercial marine shipping business, the freight funds are paid to the ship owners once the cargo has been loaded and the vessel has sailed from the loading port. However, in contracts funded by the USDA, the freight funds are not paid to the contractor until the vessel has arrived at the discharge port. Therefore, financing USDA charters are a routine and normal procedure in the marine shipping business. Funds are advanced by interested companies for a short period of time until freight funds are paid by the United States government and then the sums are repaid to the companies. Accordingly, these freight funds will be paid, in

large part, to Euro-America Shipping & Trade, Inc, which financed this transaction, and which has a valid priority maritime lien on those funds.

5. These declarations are based on my personal knowledge in consultation with the staff of our company.

Dated:

    Executed under penalty of perjury this 24th day of February, 2006.

                                            TUFAIL AHMAD