UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORFF (LIBERIA) INC.<br><br>Plaintiff,<br><br>v.<br><br>MING JADE INVESTMENTS, S.A.<br><br>Defendant. | Case No. 1:05CV02443 |

## MOTION FOR LEROY LAMBERT TO APPEAR PRO HAC VICE

I, Mark E. Nagle, attorney of record in this case, respectfully request that the Court admit LeRoy Lambert of the law firm of Healy & Baillie, LLP, for the limited purpose of appearing and participating in this case as co-counsel with me. Mr. Lambert is a member in good standing of the bars of the States of New York, New Jersey and Louisiana. Mr. Lambert is also admitted to the Supreme Court of the State of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, New Jersey District Court, United States District Court for the District of Connecticut, Supreme Court of the State of Louisiana, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, and the United State Supreme Court.

Respectfully submitted,

　/s/ Mark E. Nagle　
Leonard Fleisig (D.C. Bar No. 435944)
Mark E. Nagle (D.C. Bar No. 416364)
TROUTMAN SANDERS LLP
401 9th St. N.W., Suite 1000
Washington DC 20004
(202) 274-2950 (telephone)
(202) 654-5645 (fax)
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORFF (LIBERIA) INC.<br><br>Plaintiff,<br><br>v.<br><br>MING JADE INVESTMENTS, S.A.<br><br>Defendant. | Case No. 1:05CV02443 |

### DECLARATION OF LEROY LAMBERT
### AS TO PRO HAC VICE ADMISSION

I, LeRoy Lambert, on oath, declare:

1. I am a partner with Healy & Baillie, LLP, 61 Broadway, 32nd Floor, New York, New York 10006-2834. My telephone number is (212) 709-9274.

2. I am a member of the bars of the States of New York, New Jersey and Louisiana. I am also admitted to the Supreme Court of the State of New York, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, New Jersey District Court, United States District Court for the District of Connecticut, Supreme Court of the State of Louisiana, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, and the United State Supreme Court.

3. I am a member in good standing of the bars for which I am a member and I have not been disciplined by any bar in which I have been a member.

4. I have not been admitted, nor have I sought admission, *pro hac vice* to this Court in the last two years.

5.  I do not engage in the practice law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar and I do not have an application pending for admission.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing stated facts are true and correct.

Dated at New York, New York, this 13th day of March, 2006.

                                                                           /s/ LeRoy Lambert_____
                                                                           LeRoy Lambert

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 13th day of March, 2006, a copy of the above and foregoing Motion for LeRoy Lambert to Appear Pro Hac Vice and the Declaration of LeRoy Lambert as to Pro Hac Vice Admission was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

      /s/ Mark E. Nagle
      Mark E. Nagle