UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORFF (LIBERIA) INC. <br><br> Plaintiff, <br><br> v. <br><br> MING JADE INVESTMENTS, S.A. <br><br> Defendant. | Case No. 1:05CV02443 |

## MOTION FOR EXTENSION OF TIME

Plaintiff Egon Oldendorff (Liberia) Inc. ("Oldendorff" or "Plaintiff"), through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court extend the time for Plaintiff to file its Opposition to Motion to Intervene filed on behalf of Euro America Shipping & Trade, Inc. ("Euro America").

Plaintiff has tentatively reached a settlement with the Defendant. Plaintiff seeks a ten day enlargement of time so that it can continue to work with the Defendant to finalize the settlement agreement. Counsel for Euro America consented to Plaintiff's request, agreeing to an extension of time until Monday, March 27, 2006. At this time, the parties are not requesting an extension of the hearing that is scheduled for Thursday, April 20, 2006.

WHEREFORE, Plaintiff Egon Oldendorff (Liberia) Inc. respectfully requests that this Court extend the time to respond to the Motion to Intervene filed on behalf of Euro America until Monday, March 27, 2006.

DATED:	March 17, 2006

Respectfully submitted,

/s/ Mark E. Nagle
Leonard Fleisig (D.C. Bar No. 435944)
Mark E. Nagle (D.C. Bar No. 416364)
TROUTMAN SANDERS LLP
401 9th St. N.W., Suite 1000
Washington DC 20004
(202) 274-2950 (telephone)
(202) 654-5645 (fax)

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 17th day of March 2006, a copy of the above and foregoing Consent Motion For Enlargement of Time and proposed Order was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

This 17th day of March, 2006.

                                        /s/ Mark E. Nagle_____
                                        Mark E. Nagle

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.

Plaintiff,

v.

MING JADE INVESTMENTS, S.A.

Defendant.

Case No. 1:05CV02443

## ORDER

UPON CONSIDERATION of the Consent Motion for Enlargement of Time filed by Plaintiff, Egon Oldendorff (Liberia) Inc. ("Oldendorff" or "Plaintiff") and the entire record herein, it is by the Court this ___ day of _____, 2006,

**ORDERED**, that Plaintiff has until Monday, March 27, 2006 to file its Opposition to the Motion to Intervene filed on behalf of Euro America Shipping & Trade, Inc.

_____
United States District Court Judge