UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORFF (LIBERIA), INC.,<br><br>               Plaintiff,<br><br>       v.<br><br>MING JADE INVESTMENTS, S.A.,<br><br>               Defendant. | Civil 05-02443 (HHK) |

**O R D E R**

Before the court is the motion of the United States to set aside the Process of Maritime Attachment and Garnishment issued by this court on December 21, 2005, against "tangible or intangible property . . . belonging to, claimed by or being held for the benefit of the Defendant . . . by Commodity Credit Corporation . . . ." *Egon Oldendorff v. Ming Jade Ins., S.A.*, No. 05-02443, at 2 (D.D.C. Dec. 21, 2005)(#4). Upon consideration of the motion, the opposition thereto, the record of this case, and the arguments of counsel at a hearing, the court concludes that the motion should be granted.

The court's decision rests upon a plain reading of 15 U.S.C. §714b(c) which in pertinent part states the Commodity Credit Corporation:

> May sue and be sued, but no attachment, injunction, garnishment, or other similar process, mesne or final, shall be issued against the Corporation or its property. . . .

This provision means what it says. The process at issue here cannot stand because it was issued against the Commodity Credit Corporation and its property. Neither

plaintiff's *ipsit dixit* assertions suggesting that the process here was not issued against the Commodity Credit Corporation nor its argument that §714b(c) does not operate to prohibit such process because the property sought to be garnished is the property of the plaintiff not the property of the Commodity Credit Corporation can withstand scrutiny. Further, the court adopts by reference the rationale of the holding of the court in *Central Production Credit Ass'n v. Raymond*, 732 F. Supp. 986 (E.D. Ark. 1990).

Accordingly, it is this 20th day of April, 2006, hereby

**ORDERED,** that motion of the United States to set aside the Order of Garnishment issued by this court on December 21, 2005, is **GRANTED.**


Henry H. Kennedy, Jr.
United States District Judge