UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

EGON OLDENDORFF (LIBERIA) INC.

Plaintiff,

v.

MING JADE INVESTMENTS, S.A.

Defendant.

Case No. 1:05CV02443

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Egon Oldendorff (Liberia) Inc. ("Oldendorff") respectfully submits its Stipulation of Voluntary Dismissal in the above captioned action against the defendant Ming Jade Investments, S.A. pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In support of its stipulation, Oldendorff states that the adverse party, Ming Jade Investments, S.A., has not filed an answer or a motion for summary judgment in the case.

Dated:   May 1, 2006

Respectfully submitted,

__/s/ Mark E. Nagle_____
Leonard Fleisig (D.C. Bar No. 435944)
Mark E. Nagle (D.C. Bar No. 416364)
TROUTMAN SANDERS LLP
401 9th St. N.W., Suite 1000
Washington DC 20004
(202) 274-2950 (telephone)
(202) 654-5645 (fax)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 1st day of May, 2006, a copy of the above and foregoing Stipulation of Voluntary Dismissal was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Mark E. Nagle
Mark E. Nagle

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EGON OLDENDORFF (LIBERIA) INC.<br>Plaintiff,<br>v.<br>MING JADE INVESTMENTS, S.A.<br>Defendant. | Case No. 1:05CV02443 |

## ORDER

UPON CONSIDERATION of the Stipulation for Voluntary Dismissal filed by Plaintiff, Egon Oldendorff (Liberia) Inc. and the entire record herein, it is by the Court this ___ day of _____, 2006,

**ORDERED**, that the case is dismissed.

_____
United States District Court Judge